Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

**JUDGE LIOI**

Eastern Division

**5:19 CV 1868**

|  |  |
|---|---|
| Chadwick Lynn Miller | ) Case No. |
| | ) *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) **Jury Trial:** *(check one)* ☒ Yes ☐ No |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| | ) |
| | ) **FILED** |
| State of Ohio | ) |
| Stark County Common Pleas | ) AUG 15 2019 |
| Stark County Sheriff Department | ) CLERK U.S. DISTRICT COURT |
| Stark County Clerk of Courts | ) NORTHERN DISTRICT OF OHIO |
| | ) AKRON |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | **MAG. JUDGE BURKE** |
| *with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

**I.     The Parties to This Complaint**

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Chadwick Lynn Miller |
| Street Address | 6421 Groton ST NW Apt G1 |
| City and County | Canton, Stark |
| State and Zip Code | Ohio 44708 |
| Telephone Number | 330-204-1904 |
| E-mail Address | cmill140123@gmail.com |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Page 2 of 5

| | |
|---|---|
| Name | State of Ohio |
| Job or Title *(if known)* | Stark County Prosecutors Office |
| Street Address | 110 Central Plazza South, Suite 510 |
| City and County | Canton, Stark |
| State and Zip Code | Ohio 44702-1413 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Stark County Common Pleas |
| Job or Title *(if known)* | Judge Taryn Heath, Indictment Judge |
| Street Address | 115 Central Plaza N, Canton |
| City and County | Canton, Stark |
| State and Zip Code | Ohio 44702 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Stark County Sheriff Department |
| Job or Title *(if known)* | Many all documented with the FBI to the best possible |
| Street Address | 4500 Atlantic Blvd., N.E., Canton |
| City and County | Canton, Stark |
| State and Zip Code | Ohio 44705 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4 .

| | |
|---|---|
| Name | Stark County Clerk of Courts |
| Job or Title *(if known)* | |
| Street Address | 115 Central Plaza N # 101 |
| City and County | Canton, Stark |
| State and Zip Code | Ohio 44702 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 - US Code - 1983

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*                                                      , is a citizen of the State of *(name)*

b.    If the plaintiff is a corporation

The plaintiff, *(name)*                                              , is incorporated under the laws of the State of *(name)*

and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*                                          , is a citizen of the State of *(name)*                              . Or is a citizen of

*(foreign nation)*

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* , is incorporated under

the laws of the State of *(name)* , and has its

principal place of business in the State of *(name)* .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

2 5 Billion

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attached

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

See Attached

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        8-12-19

Signature of Plaintiff

Printed Name of Plaintiff        Chadwick Lynn Miller

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Statement of Claim - Chadwick Miller VS State of Ohio

Concerning Stark County Common Pleas Case# 2017CR0975 and Fifth District Court of Appeals Case 2019CA00046

In Case 2017CR0975 State of Ohio VS Chadwick Miller Constitutional Rights were violated and persistent and blatant support for terrorism was displayed. My life was and is obviously in danger. Utilizing my rights to carry a gun in a legal manner, which I was is essential to me staying alive to aid my country in the prosecution of all terrorists involved, both domestic and foreign. I have done all I possibly can to aid the United States of America in the pursuit of all terrorist activity and rights violations.

I Chadwick Miller am a terrorist victim and a witness for the FBI. Terrorist installed a thought reading technology. The technology somehow relays thought to the best of my knowledge all over the earth. Contact Jake Kunkel at the Canton FBI office for confirmation. I communicate with the FBI daily. All violations by all named parties were reported to the FBI in as timely a manner as possible. With this technology installed it is a Constitutional Right violation to speak to an attorney by force (Attorney Client privilege).

Throughout this case the State of Ohio employees such as the judge at my Indictment ( I Believe Judge Hartnett) Judge Taryn Heath and assistant stark county prosecutor Sterite, along with my attorney Brian Pierce were all aware of these violations but yet supported terrorism in an attempt to retaliate for reporting violations to the FBI and for trafficking purposes. This prosecution was blatantly done to control and destroy me as I lost my SEC licenses FINRA

Series 7, 63, 65 which destroyed my ability to support myself in a humane manner making me vulnerable and easily trafficked.

Many perhaps as many as 75 Stark County Sheriffs were reported to the FBI throughout this case and time period also as blatantly being aware of the violations and participating in mental abuse and witness intimidation. The FBI holds all record of all incidents reported and names of individuals involved as I did my best to identify by car numbers or by name.

To the best of my knowledge on OCT 6th 2017 an attempt on my life was made by the Stark County Sherriff Dept. US Marshalls interfered to save my life. My bond was revoked directly after being in court on Oct 2nd to review a mental health evaluation. The evaluation was an attempt to mis diagnose me to cover up or punish the terrorist activity being reported to the best of my knowledge. Nothing was mentioned to me by my attorney Brian Pierce that the evaluation was not seen as in good standing (I passed) as I was present at court on the 2nd of OCT 2017 as my attorney said to just wait in the hallway at Stark County Common Pleas as the results were reviewed.

On Oct 6th after out of control sheriff nearly ditched his car avoiding a US Marshall truck blocking my driveway. I was arrested as my bond was revoked and the US Marshalls let the Stark County Sherriff take me to jail. I was certainly in fear for my life in jail as the blatant terrorist activity and mental abuse were severe and intense. The arresting Sheriff impersonated as pulling in my driveway screaming and yelling for me to comply. I complied and never had any intention of disrespecting any law enforcement. The arresting officer said something came up in my evaluation that caused my bond to be revoked but was on court Monday the 2nd to review and nothing was ever mentioned by my attorney Brian Pierce. Not more than an hour earlier of being arrested I had seen sheriffs in the area and immediately reported this to the FBI as something did

not feel correct. Brian Pierce refused to contact me in jail and I was ordered another mental health evaluation for competence to stand trial. I was also in college at this time and was forced to drop classes due to my bond being revoked for no reason.

All this was an attempt to humiliate, defamation, and change my truthful thought process on the matter as mentally breaking me down in an attempt to brainwash, traffic and punish me for not having the thought process desired by those breaking the law.

Impersonations and abuse is all based off what I think and them knowing this by using the terrorist technology. They blatantly try to force my life in the opposite direction of what I desire. All for abuse to suicide which has been mentioned as a desired outcome by some participants.

All mental health evaluations are a blatant violation of my privacy rights of which there were many. Organizations involved were Stark County Crisis Center and Phoenix Rising. All evaluations were positive and reported to the FBI.

After being severely abused in jail for 45 days, by Sheriff Dept. employees and jail staff at court my attorney Brian Pierce who I knew was involved suggested I plea to a mishandling of a fire arm. I asked about my FINRA licensures and if they would still be in good standing he said he does not think pleaing will affect me. I was in fear for my life in jail so I was forced to plea as I knew the FBI had all the evidence needed to prove my innocence but my attorney refused to defend me in that way. Given all the blatant Constitutional Rights violations these people are very dangerous and out of control.

I was sentenced on Jan 2nd 2018 to 3 years' probation, 1 year of which was Intensive Probation and mental health counselling. As I went to the Parole office in Canton Ohio to enroll Alex Lucas was my first listed Parole officer for intensive supervision. He blatantly stated I did not

even qualify based on my evaluations for ISP. Judge Heath did this in a blatant attempt to cause me hardship, defamation and belittle me. All this done to an American terrorist victim who cannot even shower in private. I was later transferred to Mike Davies as my Parole officer who made threats against me as many people in the probation office participated in mental abuse and witness intimidation tactics, all of which were reported to the FBI. I was required to meet with counselling for a period of one year. During my initial appointment the counselor from the Stark County Crisis Center could not even tell me her reason for being in counselling. I was blatantly mis diagnosed to cause me hardship, humiliation and defamation. Several employees including my counselor were reported to the FBI for mental abuse, impersonating and violations of my rights to privacy. I was instructed by the Jake Kunkel, the FBI to just follow the instructions given and attend. I did all I could to ensure my parole officer Mike Davies I had no desire to de-comply with any rules set forth. The Stark County Crisis Center was restructured during my counselling and I was transferred to Phoenix Rising a public wellbeing facility used by the State of Ohio instead of the Crisis Center for counseling. There I was also abused by counselors and other employees and had my rights violated severely. One Sheriff Department employee whose last name was Connor while I was in jail said "**We had this all pre planned**". Hundreds of stalking witness intimidation tactics and severe mental abuse instances committed by Sheriff Department employees were reported to the FBI during the court and probation period.

This incited severe abuse and attempts to cause me hardship, financially, emotionally, mentally and ruined my life. Citizens listening to the thought technology became heavily involved. Thousands of people participated I reported all to the FBI to the best of my ability while trying to maintain my college education, mental toughness and a positive outlook to hold all responsible.

I was released from parole on April 26th 2019. I was finishing College throughout this time period at Kent State University and in May 2019 I graduated with a BA in Finance and a Minor of Economics. All these violations incited terrorism as my last 2 semesters in fall 2018 and spring 2019 at Kent State University were filled with severe abuse which was incited by the endorsement of the State of Ohio. Some day's as many as 100 counts were reported to the FBI as students, professors and other Kent State staff participated. This all caused severe concentration issues as I attended classes and one day at the very worst of the abuse I was barely able to read.  I was able to complete and pass all classes but my grades were severely affected as the abuse re appeared. With 85-90 credit hours passed I held a GPA of 3.64 with perhaps an average of 20% reading comprehension. I finished college with a 3.14 GPA.  I became seriously ill throughout the last semester at times I was unsure if I would survive.

I am currently am appealing case 2017CR0975 but have been severely abused, misled by Stark County Government employees including Stark County Clerk of Court employees, Ohio Fifth District Court of Appeals employees, Attorney Eric Hall and abused by law officers. All reported to the FBI.

All was an attempt to change my brilliant, upstanding American attitude, ruin my dreams till the point of suicide as I continued to tell the FBI all daily. All done to an American who cannot even shower in privacy with blatant and malicious intent. These people despise me talking to the FBI. I was blatantly told by the traffic stop officer Flynner to shut my mouth as 2 days prior I resumed communication with the FBI concerning Stark County Sherriff employee incidents in 2009-2010. The whole traffic stop and prosecution was blatant retaliation in an attempt to intimidate and essentially kill me to avoid me testifying for the FBI against those involved in prior rights violations in the years mentioned above. These tactics continue to be used by many

and I continue to report all involved to the FBI. The FBI will be subpoenaed for all evidence in this matter.

**Relief - Chadwick Miller VS State of Ohio -  25 billion**

The relief sought is for all the mental anguish due to blatant support and contribution to terrorism, abuse, Constitutional Rights violations, brain damage in the way I process information initially, due to being so implied, abused  and violated as a human costing me many years of my life already filled with tragedy and terrorism. Lost wages, my health, no children, threating my life and many more. All done to an American who cannot shower in private due to terrorism. It is perhaps one of the most absurd, grossest, disgusting situations I have ever imagined.

All dollar amounts based off the Aaron Andrews (Former ESPN Analyst)  case where a very disgusting incident of invasion of privacy and exploitation of a humans rights were committed.